468 A.2d 858

Karlton, Appellant v. Ross, et al.

Argued May 3, 1983. Richard H. Anderson, for appellant; David Ross, appellee, in propria persona; Marilyn Ross, appellee, in propria persona; John Mezzanotte, for Dickinson, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

Order affirmed.

McEWEN, J., filed a memorandum concurring statement.

468 A.2d 858

Liberty Fed'l Savings etc. v. Ratmansky, Appellant.

Argued September 6, 1983. Steven R. Sosnov, for appellant; Stanley F. Mankas, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.